## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02242-RM-KLM

FRANKLIN MERRILL; LORA LEE;
BRENT LEE; ANTHONY GLOVER;
KEITH HERRING; ANTHONY DENNIS;
LARRY JURCAK; SAMI NASR;
JENNIFER THOMAS; ROBERT THOMAS;
RONALD DENNIS; JESSEE FISHER;
RONALD LACY; JAMES NEWBERRY;
TAMI POTIRALA; CRAIG WILLIAMS;
ZIGMUND GUTOWSKI; JOSEPH HORION;
ERIC ARD; TIM HOLLINGSWORTH; and
LONNIE FAILS;
all individuals,

       Plaintiffs,

v.

PATHWAY LEASING LLC, a Colorado
Limited liability company;
MATTHEW HARRIS, an individual;
TRANSFORCE, INC., a Colorado corporation;
XPO LOGISTICS TRUCKLOAD, INC., a
Missouri corporation registered to conduct business
In Colorado; and
CON-WAY TRUCKLOAD INC., a Missouri
Corporation registered to conduct business in Colorado,

       Defendants.

---

**DEFENDANTS XPO LOGISTICS TRUCKLOAD, INC., TRANSFORCE, INC., AND
CON-WAY TRUCKLOAD, INC.'S MOTION TO DISMISS PLAINTIFFS' FOURTH
AMENDED COMPLAINT AND COMPEL INDIVIDUAL ARBITRATIONS**

---

Defendants XPO Logistics Truckload, Inc. ("XPO"), TransForce, Inc. ("TransForce"), and Con-way Truckload, Inc. ("Con-way") (collectively "Defendants")[1], by and through their counsel, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby file this Motion to Dismiss Plaintiffs' Fourth Amended Complaint and Compel Individual Arbitrations and incorporate by reference the argument and law set forth in Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint and Compel Individual Arbitrations ("Motion to Dismiss Plaintiffs' Second Amended Complaint") and Reply brief in support of the same.  (Dkt. #s 58, 83.)

## I.      BACKGROUND

On January 10, 2017, Defendants filed their Motion to Dismiss Plaintiffs' Second Amended Complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1, *et seq.*  (*See* Dkt. # 58.)  Plaintiffs filed their Response on January 31, 2017 (Dkt. # 75), and Defendants filed their Reply on February 14, 2017 (Dkt. # 83.)

On February 2, 2017, Plaintiffs filed a Third Amended Complaint adding three additional named plaintiffs: Zigmund Gutowski, Joseph Horion, and Eric Ard.  (Dkt. # 77.)  On February 13, 2017, Plaintiffs filed a Fourth Amended Complaint, adding two more named plaintiffs: Tim Hollingsworth and Lonnie Fails.  (Dkt. # 82.)  Notably, Lonnie Fails never provided hauling

---

[1] Plaintiffs improperly named TransForce, Inc. as a defendant in this litigation on an unsupported theory that it was a "joint employer" of Plaintiffs.  (Dkt. # 54, Sec. Am. Compl. ¶ 2.)  TransForce is the parent company of Contract Freighters, Inc. f/k/a XPO Logistics Truckload, Inc. f/k/a Con-way Truckload, Inc. However, XPO and Con-way are the entities who engaged and paid Plaintiffs as independent contractors and with whom Plaintiffs entered into Contract Hauling Agreements.  For purposes of this Motion *only*, TransForce, XPO, and Con-way are referred to collectively as "Defendants."

services for Defendants or was a party to any agreement (written or otherwise) with Defendants. (Ex. A, Declaration of Barbara Haslip ("Haslip Dec."), ¶ 10.)

With the exception of Lonnie Fails, each of these named Plaintiff's relationship with XPO and/or Con-way was created and is governed by a Contractor Hauling Agreement, which sets forth each party's rights and obligations under the contract. (Ex. A, Haslip Dec. ¶¶ 7-9; Ex. B, Plaintiffs' Contractor Hauling Agreements.)  As fully detailed in Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint, pursuant to the Agreements, the parties agreed to arbitrate all claims on an individual basis where the aggregate amount in controversy exceeds $25,000.  (*See* Ex. B, ¶ 28.)

## II.       LAW AND ARGUMENT

Defendants incorporate by reference the arguments set forth in their Motion to Dismiss Plaintiffs' Second Amended Complaint (Dkt. # 58), which is fully briefed and ready for a ruling from this Court.

## III.       CONCLUSION

For all the foregoing reasons and the reasons set forth in Defendants' fully briefed Motion to Dismiss Plaintiffs' Second Amended Complaint, Defendants respectfully request this Court enter an Order dismissing Plaintiffs' Fourth Amended Complaint as to Defendants XPO Logistics Truckload, Inc., TransForce, Inc., and Con-way Truckload, Inc. and requiring Plaintiffs to submit their claims against these defendants to arbitration on an individualized basis.

Respectfully submitted this 20th day of March, 2017.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


*s/ Michelle B. Muhleisen*
Austin E. Smith
Michelle B. Muhleisen
1700 Lincoln Street, Suite 4650
Denver, CO  80203
Telephone:  303.764.6800
Facsimile:  303.831.9246
austin.smith@ogletreedeakins.com
michelle.muhleisen@ogletreedeakins.com

*Attorneys for Defendants*
*TransForce, Inc., XPO Logistics Truckload,*
*Inc., Con-way Truckload, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March, 2017, I electronically filed the foregoing **DEFENDANTS XPO LOGISTICS TRUCKLOAD, INC., TRANSFORCE, INC., AND CON-WAY TRUCKLOAD, INC.'S MOTION TO DISMISS PLAINTIFFS' FOURTH AMENDED COMPLAINT AND COMPEL INDIVIDUAL ARBITRATIONS** with the Clerk of Court using the CM/ECF system and served a copy via email on the following counsel of record:

John R. Crone, Esq.
John.Crone@andruswagstaff.com

*Attorneys for Plaintiffs*

Mark B. Wiletsky, Esq.
MBWiletsky@hollandhart.com

Robert M. Thomas, Esq.
RMThomas@hollandhart.com

*Attorneys for Defendants and Counterclaimant*
*Pathway Leasing, LLC and Matthew Harris*

*s/ Linda R. Kerman*
Linda R. Kerman, Paralegal