| OPENING STATEMENTS | VOL - PAGE |
| --- | --- |
| Mr. Crone | I - 7 |
| Mr. Wiletsky | I - 12 |

| PLAINTIFFS' WITNESSES | VOL - PAGE |
| --- | --- |
| FRANKLIN MERRILL | |
| Direct - Mr. Crone | I - 20 |
| Voir Dire - Mr. Wiletsky | I - 80 |
| Direct (Resumed) - Mr. Crone | I - 86 |
| Cross - Mr. Wiletsky | I - 114 |
| Redirect - Mr. Crone | I - 143 |
| Recalled on Direct - Mr. Crone | II - 334 |
| Cross - Mr. Wiletsky | II - 340 |
| BECKY AUSTIN | |
| Direct - Mr. Crone | I - 146 |
| Cross - Mr. Wiletsky | I - 185 |
| Redirect - Mr. Crone | I - 207 |
| VIDEO TESTIMONY OF MELINDA CREED | |
| Presented to The Court | I - 218 |
| RODNEY LACY | |
| Direct - Mr. Crone | I - 227 |
| RODNEY LACY | |
| Direct - Mr. Crone | II - 266 |
| Cross - Mr. Wiletsky | II - 294 |
| Redirect - Mr. Crone | II - 325 |
| VIDEO TESTIMONY OF CFI, INC., 30(b)(6) WITNESS THOMAS J. HUNT | |
| Presented to the Court | II - 344 |
| VIDEO TESTIMONY OF THOMAS J. HUNT | |
| Presented to The Court | II - 358 |
| Presented to The Court | IV - 704 |
| ERIC ARD | |
| Direct - Mr. Crone | II - 366 |
| Cross - Mr. Merkelson | III - 431 |
| Redirect - Mr. Crone | III - 449 |
| JAMES NEWBERRY | |
| Direct - Mr. Crone | III - 451 |
| Cross - Mr. Merkelson | III - 477 |
| CRAIG WILLIAMS | |
| Direct - Mr. Crone | III - 481 |
| Cross - Mr. Merkelson | III - 496 |
| Redirect - Mr. Crone | III - 514 |
| LARRY JURCAK | |
| Direct - Mr. Crone | III - 518 |
| Cross - Mr. Merkelson | III - 535 |

RONALD DENNIS
Direct - Ms. Wolter III - 542
Cross - Mr. Merkelson III - 552
Redirect - Ms. Wolter III - 558
VIDEO TESTIMONY OF SUSI KILLINGER
Presented to The Court III - 560
VIDEO TESTIMONY OF ANITA STEWART
Presented to The Court III - 562
ANTHONY DENNIS
Direct - Mr. Crone IV - 577
Cross - Mr. Wiletsky IV - 601
Examination - The Court IV - 618
Redirect - Mr. Crone IV - 620
TAMI POTIRALA
Direct - Mr. Crone IV - 628
Cross - Mr. Wiletsky IV - 639
Redirect - Mr. Crone IV - 653
Examination - The Court IV - 655
ZIGMUND GUTOWSKI
Direct - Mr. Crone IV - 656
Cross - Mr. Merkelson IV - 666
Redirect - Mr. Crone IV - 672
JOSEPH HORION
Direct - Mr. Crone IV - 675
Cross - Mr. Merkelson IV - 691
Examination - The Court IV - 696
Redirect - Mr. Crone IV - 697
Recross - Mr. Merkelson IV - 698
KEITH HERRING
Direct - Mr. Crone IV - 712
ANTHONY GLOVER
Direct - Mr. Crone V - 734
TIM HOLLINGSWORTH
Direct - Mr. Crone V - 749
Cross - Mr. Wiletsky V - 758
Redirect - Mr. Crone V - 763
SAMI NASR
Direct - Mr. Crone (Suspended) V - 765
Direct - Mr. Crone V - 808
Cross - Mr. Wiletsky V - 828
Redirect - Mr. Crone V - 838
LENISE RUFF
Direct - Mr. Crone V - 768
Cross - Mr. Merkelson V - 786
Redirect - Mr. Crone V - 788
JAMES MASLOSKI
Direct - Mr. Crone V - 790
Cross - Mr. Merkelson V - 802
Redirect - Mr. Crone V - 804

| DEFENDANTS' WITNESSES | VOL - PAGE |
|---|---|
| MATTHEW HARRIS | |
| Direct - Mr. Wiletsky | V - 841 |
| Direct - Mr. Wiletsky (Cont.) | VI - 934 |
| Cross - Mr. Crone | VI - 951 |
| Examination - The Court | VI - 1035 |
| Redirect - Mr. Wiletsky | VI - 1041 |
| Examination - The Court | VI - 1046 |
| DEPOSITION TESTIMONY OF THOMAS HUNT | |
| Read to The Court | VI - 1049 |
| DEPOSITION TESTIMONY OF LESLIE KILLINGER | |
| Read to The Court | VI - 1049 |
| DEPOSITION TESTIMONY OF JOSE LUIS GARCIA | |
| Read to The Court | VI - 1050 |

* indicates only a portion of the exhibit is received

| PLAINTIFFS' EXHIBITS | RECEIVED |
|---|---|
| 1 | VI - 968 |
| 2 | IV - 703 |
| 2 | V - 733 |
| 3 | IV - 703 |
| 3 | V - 733 |
| 4 | IV - 703 |
| 4 | V - 733 |
| 5 | IV - 703 |
| 5 | V - 733 |
| 6 | VI - 977 |
| 7 | VI - 980 |
| 8 | VI - 983 |
| 9 | VI - 986 |
| 10 | VI - 987 |

| | |
|---|---|
| 11 | VI - 988 |
| 12 | VI - 989 |
| 13 | IV - 703 |
| 13 | V - 733 |
| 14 | VI - 990 |
| 15 | VI - 991 |
| 16 | IV - 703 |
| 16 | V - 733 |
| 17 | IV - 703 |
| 17 | V - 733 |
| 18 | IV - 703 |
| 18 | V - 733 |
| 20 | IV - 703 |
| 20 | V - 733 |
| 21 | IV - 703 |
| 21 | V - 733 |
| 22 | IV - 703 |
| 22 | V - 733 |
| 23 | IV - 703 |
| 23 | V - 733 |
| 24 | IV - 703 |
| 24 | V - 733 |
| 25 | IV - 703 |
| 25 | V - 733 |
| 26 | IV - 703 |

| | |
|---|---|
| 26 | V - 733 |
| 27 | VI - 996 |
| 28 | IV - 703 |
| 28 | V - 733 |
| 31 | VI - 997 |
| 33 | V - 777 |
| 34 | IV - 703 |
| 34 | V - 733 |
| 35 | VI - 997 |
| 36 | VI - 999 |
| 37 | VI - 1003 |
| 38 | VI - 1005 |
| 40 | VI - 1005 |
| 41 | VI - 1005 |
| 42* | V - 780 |
| 43 | VI - 1005 |
| 44* | VI - 1006 |
| 45 | IV - 703 |
| 45 | V - 733 |
| 46 | IV - 703 |
| 46 | V - 733 |
| 50 | I - 45 |
| 52 | I - 93 |
| 53* | III - 564 |
| 60 | VI - 1006 |

| | |
|---|---|
| 61 | V - 780 |
| 64* | V - 797 |
| 71 | IV - 703 |
| 71 | V - 733 |
| 77 | VI - 1008 |
| 79 | VI - 1009 |
| 82:218-219 | VI - 1052 |
| 83 | VI - 1010 |
| 84 | IV - 703 |
| 84 | V - 733 |
| 85 | IV - 703 |
| 85 | V - 733 |
| 86 | VI - 1011 |
| 87 | VI - 1011 |
| 90 | II - 285 |
| 93 | VI - 1011 |
| 96 | VI - 1013 |
| 97 | V - 783 |
| 99 | VI - 1013 |
| 100 | V - 798 |
| 101* | V - 785 |
| 102 | VI - 1013 |
| 105* | V - 802 |
| 106 | I - 164 |
| 108 | I - 166 |

| | |
|---|---|
| 109 | I - 168 |
| 112 | I - 183 |
| 117:130-133 | IV - 598 |
| 117:186-187 | IV - 590 |
| 117:70-71* | IV - 588 |
| P118* | II - 333 |
| 123:37-39 | V - 822 |
| 127 | II - 357 |
| 128 | II - 357 |
| 129 | II - 357 |
| 132 | V - 800 |
| 136 | IV - 574 |
| 136:15 | III - 552 |
| 136:3 | III - 443 |
| 136:3* | II - 383 |
| 136:34-35 | III - 535 |
| 136:37 | II - 282 |
| 136:4 | I - 181 |
| 136:46 | I - 88 |
| 136:46* | I - 113 |
| 136:46* | II - 340 |
| 136:48 | III - 476 |
| 136:60* | III - 495 |

| DEFENDANTS' EXHIBITS | RECEIVED |
|---|---|
| A3 | V - 733 |
| A4 | V - 733 |
| A5 | V - 733 |
| A6 | V - 733 |
| A7 | VI - 935 |
| B | III - 435 |
| B1 | V - 733 |
| B2 | IV - 649 |
| B2 | V - 733 |
| B3 | V - 733 |
| B5 | V - 733 |
| C | V - 733 |
| C1 | V - 733 |
| C2 | IV - 643 |
| C2 | V - 733 |
| C4 | V - 733 |
| C5 | V - 733 |
| C6 | V - 733 |
| D3 | V - 733 |
| D4 | V - 733 |
| D6 | V - 733 |
| E | IV - 605 |
| E | V - 733 |
| E5 | V - 733 |

| | |
|---|---|
| E6 | V - 733 |
| F | V - 733 |
| F3 | V - 733 |
| F4 | IV - 668 |
| F4 | V - 733 |
| F5 | V - 733 |
| G | V - 733 |
| G4 | V - 733 |
| G6 | V - 733 |
| H2 | V - 733 |
| H4 | V - 733 |
| H5 | V - 733 |
| H6 | V - 733 |
| I | II - 333 |
| I | V - 733 |
| I3 | V - 733 |
| I5 | V - 733 |
| J | V - 733 |
| J2 | V - 733 |
| J3 | V - 733 |
| J4 | V - 733 |
| J6 | V - 733 |
| K | V - 733 |
| K2 | V - 733 |
| K4 | V - 733 |

| | |
|---|---|
| K5 | V - 733 |
| L6 | V - 733 |
| M | V - 733 |
| M2 | V - 733 |
| M3 | V - 733 |
| M4 | V - 733 |
| M5 | V - 733 |
| N | V - 733 |
| N2 | V - 733 |
| N3 | V - 733 |
| N4 | V - 733 |
| N6 | V - 733 |
| O1 | V - 733 |
| O4 | V - 733 |
| O5 | V - 733 |
| P2 | V - 733 |
| P3 | V - 733 |
| P6 | V - 733 |
| Q2 | V - 733 |
| Q3 | V - 733 |
| Q4 | V - 733 |
| Q4 | IV - 692 |
| Q5 | V - 733 |
| Q6 | V - 733 |
| R | V - 733 |

R2 V - 733

R3 IV - 703

R3 V - 733

R4 V - 733

R5 III - 479

R5 V - 733

R6 V - 733

S V - 733

S3 V - 733

S4 V - 733

S6 V - 733

T1 V - 733

T5 V - 733

T6 VI - 940

U2 V - 733

U3 V - 733

U4 V - 733

U5 V - 733

V1 IV - 703

V1 V - 733

V2 V - 733

V4 V - 733

V5 V - 733

W V - 733

W3 V - 733

| | |
|---|---|
| W4 | V - 733 |
| X2 | V - 733 |
| X5 | V - 733 |
| Y | V - 733 |
| Y3 | V - 733 |
| Y4 | V - 733 |
| Z | V - 733 |
| Z1 | V - 733 |
| Z3 | V - 733 |
| Z5 | V - 733 |
| Z6 | I - 5 |

| EXHIBITS REFUSED | PAGE |
|---|---|
| 82:218-219 | I - 100 |
| 114 | I - 223 |
| 136 | III - 403 |

| CLOSING ARGUMENTS | VOL - PAGE |
|---|---|
| Mr. Crone | VII - 1063 |
| Mr. Wiletsky | VII - 1090 |
| Mr. Crone | VII - 1117 |