IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-002242-KLM

FRANKLIN MERRILL ET. AL.,

    Plaintiffs,

v.

PATHWAY LEASING LLC, a Colorado limited liability company, and
MATTHEW HARRIS, an individual,

    Defendants.

## FINAL JUDGMENT

THIS MATTER was tried on June 25-26, July 2-3, and July 5-6, 2018 before the Honorable Kristen L. Mix, United States Magistrate Judge, on the fifteen named Plaintiffs' and the thirty opt-in Plaintiffs' FLSA minimum wage claims against Defendants, Plaintiff Larry Jurcak's claim for unlawful retaliation in violation of the FLSA against Defendants, the fifteen named Plaintiffs' individual Colorado state law claims for rescission of their leases with Defendant Pathway, the fifteen named Plaintiffs' individual Colorado state law claims for unjust enrichment against Defendants, the fifteen named Plaintiffs' individual Colorado state law claims for quantum meruit against Defendants, Defendants' counterclaims for breach of contract against Ronald Dennis, Anthony Glover, Zigmund Gutowski, Keith Herring, Joseph Horion, Franklin Merrill, James Newberry, Tami Potirala, and Craig Williams and Defendants' counterclaims for setoff against all Plaintiffs.

Pursuant to and in accordance with the Findings of Fact, Conclusions of Law, and Order of Judgment [ECF 355] entered by United States Magistrate Judge Kristen L. Mix on July 21, 2021, and incorporated herein by reference, it is

ORDERED that judgment shall enter in favor of Defendants and against Plaintiffs on Plaintiffs' claims under the FLSA regarding minimum wages.

IT IS FURTHER ORDERED that judgment shall enter in favor of Defendants and against Plaintiff Jurcak on Plaintiff Jurcak's claim under the FLSA regarding retaliation.

IT IS FURTHER ORDERED that judgment shall enter in favor of Defendants and against Plaintiffs on Plaintiffs' claims regarding rescission.

IT IS FURTHER ORDERED that judgment shall enter in favor of Defendants and against Plaintiffs on Plaintiffs' claims regarding quantum meruit and unjust enrichment.

IT IS FURTHER ORDERED that judgment shall enter in favor of Defendants and against Plaintiffs Anthony Glover, Zigmund Gutowski, Keith Herring, Joseph Horion, Franklin Merrill, and James Newberry, in the amounts set forth above on Defendants' claims regarding breach of contract.

IT IS FURTHER ORDERED that judgment shall enter in favor of Plaintiffs Ronald Dennis, Tami Potirala, and Craig Williams and against Defendants on Defendants' claim regarding breach of contract.

IT IS FURTHER ORDERED that judgment shall enter in favor of Plaintiffs and against Defendants on Defendants' claims regarding set-off.

IT IS FURTHER ORDERED that the Clerk of Court shall CLOSE this case after entry of judgment as set forth above.

Dated July 21, 2021, at Denver, Colorado.

FOR THE COURT:
Jeffrey P. Colwell, Clerk

By:  s/L. Galera
   Deputy Clerk